# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA L. ABRAMS, *Individually and as Trustee of the Gertrude E. May Irrevocable Residential/Income Only Trust, et al.*, | |
| Plaintiffs, | Case No. 4:16-cv-01343-MWB |
| v. | (Judge Matthew W. Brann) |
| CHESPEAKE ENERGY CORPORATION, *et al.,* | |
| Defendants. | |
| PAUL H. ARNOLD, *et al.*, | |
| Plaintiffs, | Case No. 4:16-cv-01345-MWB |
| v. | (Judge Matthew W. Brann) |
| CHESAPEAKE ENERGY CORPORATION, *et al.*, | |
| Defendants. | |
| ROBERT C. ABRAMS, JR., *et al.*, | |
| Plaintiffs, | Case No. 4:16-cv-01346-MWB |
| v. | (Judge Matthew W. Brann) |
| CHESAPEAKE ENERGY CORPORATION, *et al.*, | |
| Defendants. | |

| KYLIE E. AHERN a/k/a KYLIE E. PERRY, *et al.*, | Case No. 4:16-cv-01347-MWB |
|---|---|
| Plaintiffs, | (Judge Matthew W. Brann) |
| v. | |
| CHESAPEAKE ENERGY CORPORATION, *et al.*, | |
| Defendants. | |

**ORDER**

And now, this 10th day of January 2018, upon consideration of the joint motion to stay proceedings submitted by all parties in the above-referenced actions, **IT IS HEREBY ORDERED** that all activity and proceedings in the above-referenced actions, and all filing deadlines, are hereby stayed until further Order of the Court so that the parties can attempt to resolve these actions through mediation; and **IT IS FURTHER ORDERED** that the parties shall jointly file a status report with the Court by March 1, 2018.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge