# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA L. ABRAMS, *et al.*, | |
| Plaintiffs, | Case No. 4:16-cv-01343-MWB |
| v. | (Judge Matthew W. Brann) |
| CHESAPEAKE ENERGY CORPORATION; *et al.*, | |
| Defendants. | |
| PAUL H. ARNOLD, *et al.*, | |
| Plaintiffs, | Case No. 4:16-cv-01345-MWB |
| v. | (Judge Matthew W. Brann) |
| CHESAPEAKE ENERGY CORPORATION; *et al.*, | |
| Defendants. | |
| ROBERT C. ABRAMS, JR., *et al.*, | |
| Plaintiffs, | Case No. 4:16-cv-01346-MWB |
| v. | (Judge Matthew W. Brann) |
| CHESAPEAKE ENERGY CORPORATION; *et al.*, | |
| Defendants. | |

| | |
|---|---|
| KYLIE E. AHERN a/k/a KYLIE E. PERRY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHESAPEAKE ENERGY CORPORATION; *et al.*, <br><br> Defendants. | Case No. 4:16-cv-01347-MWB <br><br> (Judge Matthew W. Brann) |

## JOINT STATUS REPORT

Pursuant to the Court's January 10, 2018 Orders in *Patricia L. Abrams v. Chesapeake Energy Corporation, et al.*, 4:16-cv-1343 ("*P. Abrams*"), ECF No. 93, *Paul H. Arnold, et al. v. Chesapeake Energy Corporation, et al.*, 4:16-cv-1345 ("*Arnold*"), ECF No. 91, *Robert C. Abrams, Jr., et al. v. Chesapeake Energy Corporation*, 4:16-cv-1346 ("*R. Abrams*"), ECF No. 85, *Kylie E. Ahern, et al. v. Chesapeake Energy Corporation*, 4:16-cv-1347 ("*K. Ahern*"), ECF No. 85, counsel for the parties in these actions, hereby provide this joint status report:

1.   The claims in these actions are similar to, and overlap with claims asserted in other putative class actions, joint actions, and/or individual actions pending in this jurisdiction.  *See, e.g.*, *Brown v. Access Midstream Partners, L.P.*, No. 3:14-cv-00591-MEM ("*Brown*"); *The Suessenbach Family Limited Partnership v. Access Midstream Partners, L.P.*, No. 3:14-cv-01197-MEM ("*Suessenbach*"); *A&B Campbell Family LLC v. Chesapeake Energy Corp.*, No.

2

3:15-cv-00340-MEM ("*Campbell*"); *Tyler v. Chesapeake Appalachia, L.L.C.*, No. 3:16-cv-00456-MEM ("*Tyler*").

2. As explained in the parties' Joint Motion to Stay Proceedings, counsel for Plaintiffs and for the Chesapeake Defendants appeared before the Honorable Malachy E. Mannion on December 20, 2017 to report on their progress towards a global settlement of the *Brown*, *Suessenbach*, *Campbell*, and *Tyler* actions, which would include the claims asserted by the Plaintiffs in *P. Abrams*, *Arnold*, *R. Abrams*, and *Ahern*, subject to the approval of those Plaintiffs. Thereafter, on February 21, 2018, the Chesapeake Defendants, the Anadarko Defendants, and representatives from the Pennsylvania Attorney General's Office participated in a settlement conference before the Honorable Kenneth D. Brown. A follow-up conference before Judge Brown is scheduled for April 5, 2018. Judge Mannion has deferred scheduling another status conference pending the results of Judge Brown's settlement efforts.

3. Plaintiffs and the Chesapeake Defendants continue to believe that they will be able to resolve Plaintiffs' claims as part of a global settlement. They have made material progress towards resolving these actions and are working on a settlement document.

March 1, 2018                                                     Respectfully submitted,


By: /s/ *Thomas S. McNamara*                      By: /s/ *Daniel T. Brier*
Christopher D. Jones                                       Daniel T. Brier
Griffin, Dawsey, Depaola & Jones, P.C.            John B. Dempsey
101 Main Street                                               Myers Brier & Kelly, LLP
Towanda, PA 18848                                        425 Spruce Street, Suite 200
Tel: (570) 265-2175                                         Scranton, PA 18503
E-mail: chris@gddj-law.com                           Tel: (570) 342-6100
                                                                        E-mail: dbrier@mbklaw.com
                                                                                   jdempsey@mbklaw.com
Taunya M. Rosenbloom
Law Office of Taunya Knolles Rosenbloom      Seamus C. Duffy (*pro hac vice*)
P.O. Box 309                                                   Kathryn E. Deal (*pro hac vice*)
332 South Main Street                                     Drinker Biddle & Reath LLP
Athens, PA 18810                                           One Logan Square, Suite 2000
Tel: (570) 888-0660                                         Philadelphia PA 19103
E-mail: taunya@tkrlaw.com                           Tel: (215) 988-2700
                                                                        E-mail: seamus.duffy@dbr.com
                                                                                   kathryn.deal@dbr.com
Thomas S. McNamara
Indik & McNamara, P.C.                                 Daniel T. Donovan (*pro hac vice*)
100 South Broad Street, Suite 2230                 Kirkland & Ellis LLP
Philadelphia, PA 19110                                   655 Fifteen Street, NW
Tel: (215) 567-7125                                         Washington, DC 20005
E-mail: tmcnamara915@gmail.com                Tel: (202) 879-5000
                                                                        E-mail: ddonovan@kirkland.com
*Attorneys for Plaintiffs*
                                                                        *Attorneys for Defendants Chesapeake*
                                                                        *Energy Corporation, Chesapeake*
                                                                        *Appalachia, L.L.C., Chesapeake Energy*
                                                                        *Marketing, L.L.C., and Chesapeake*
                                                                        *Operating, L.L.C.*

| | |
|---|---|
| By: /s/ *John K. Gisleson* | By: /s/ *Guy S. Lipe* |
| John K. Gisleson | John A. Snyder |
| Matthew H. Sepp | McQuaide Blasko, Inc. |
| Morgan, Lewis & Bockius LLP | 811 University Drive |
| One Oxford Centre, 32nd Floor | State College, PA 16801 |
| 301 Grant Street | Tel: (814) 238-4926 |
| Pittsburgh, PA 15219 | E-mail: clglenn-hart@mqblaw.com |
| Tel: (412) 560-7432 | svsims@mqblaw.com |
| E-mail: jgisleson@morganlewis.com | jsbumbarger@mqblaw.com |
| msepp@morganlewis.com | jasnyder@mqblaw.com |

*Attorneys for Defendant Mitsui E&P USA LLC*

Guy S. Lipe
Vinson & Elkins LLP
1001 Fannin Street
Suite 2500
Houston, TX 77002
Tel.: 713-758-1109
E-mail: glipe@velaw.com

*Attorneys for Defendants Anadarko Petroleum Corporation and Anadarko E&P Onshore, LLC*

/s/ Michael J. Gibbens
Michael J. Gibbens (*pro hac vice*)
Susan E. Huntsman (*pro hac vice*)
Crowe & Dunlevy
321 S. Boston Ave., Suite 500
Tulsa, OK 74103
Tel: (918) 592-9800
E-mail:
mike.gibbens@crowedunlevy.com
susan.huntsman@crowedunlevy.com

John S. Summers
Dylan J. Steinberg
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
18th & Cherry Streets
Philadelphia, PA 19103
Tel: (215) 496-7007
E-mail: jsummers@hangley.com
   dsteinberg@hangley.com

*Attorneys for Defendants Williams Partners L.P. f/k/a Access Midstream Partners, L.P.*, *Access MLP Operating, L.L.C., n/k/a Williams MLP Operating, L.L.C.*, and *Appalachia Midstream Services, L.L.C.*