# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA L. ABRAMS, et al., <br><br> Plaintiffs, <br> v. <br><br> CHESAPEAKE ENERGY CORPORATION; et al., <br><br> Defendants. | Case No. 4:16-CV-01343 <br><br> (Chief Judge Brann) |
| PAUL H. ARNOLD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHESAPEAKE ENERGY CORPORATION; et al., <br><br> Defendants. | Case No. 4:16-CV-01345 <br><br> (Chief Judge Brann) |
| ROBERT C. ABRAMS, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHESAPEAKE ENERGY CORPORATION; et al., <br><br> Defendants. | Case No. 4:16-CV-01346 <br><br> (Chief Judge Brann) |

| | |
|---|---|
| KYLIE E. AHERN a/k/a KYLIE E. PERRY, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>CHESAPEAKE ENERGY CORPORATION; et al.,<br><br>                    Defendants. | Case No. 4:16-CV-01347<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 4th day of November 2022, pursuant to the Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1) as to Certain But Not All Defendants filed by Plaintiffs on October 31, 2022, **IT IS HEREBY ORDERED** that defendants Chesapeake Energy Corporation, Chesapeake Appalachia, L.L.C., Chesapeake Energy Marketing, Inc., Chesapeake Operating, L.L.C., as successor by conversion and f/k/a Chesapeake Operating, Inc., are **DISMISSED** from this action, without prejudice.

BY THE COURT:

*s/ Matthew W. Brann*

Matthew W. Brann
Chief United States District Judge