IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLIE E. AHERN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 4:16-cv-01347-MWB |
| vs. ) | |
| ) | |
| CHESAPEAKE ENERGY ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Michael J. Gibbens of Crowe & Dunlevy, P.C., hereby withdraws as counsel of record for Defendant Access Midstream Partners, L.P., n/k/a The Williams Companies, Inc. ("Access"). John Summers of Hangley Aronchick Segal Pudlin & Schiller has appeared as counsel on behalf of Access and will continue representing Access in this matter. Access has notice of this withdrawal.

Dated this 28th day of December, 2023.

Respectfully submitted,

/s/ Michael J. Gibbens
Michael J. Gibbens, OBA #3339
CROWE & DUNLEVY
A Professional Corporation
222 North Detroit, Suite 600
Tulsa, OK  74120
(918) 592-9800
Mike.gibbens@crowedunlevy.com

## CERTIFICATE OF SERVICE

    I, Michael J. Gibbens, certify that on this 28th day of December, 2023, a copy of the foregoing Notice of Withdrawal of Appearance was filed with the Court via the Electronic Court Filing System.

                                                  /s/ Michael J. Gibbens
                                                  Michael J. Gibbens