IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLIE E. AHERN, a/k/a KYLIE E, PERRY and MATTHEW J. AHERN, *et al.*, | Case No. 4:16-cv-01347-MWB |
| Plaintiffs, | Judge Matthew W. Brann |
| vs. | |
| CHESAPEAKE ENERGY CORPORATION, *et al.*, | Complaint filed: 06/28/16 |
| Defendants. | |
| | *Electronically Filed* |

## NOTICE OF WITHDRAWAL OF APPEARANCE

John A. Snyder, Chena L. Glenn-Hart, and Suzette V. Sims, of the law firm McQuaide Blasko, Inc., respectfully move to withdraw as counsel for Defendant Attorneys for Defendant Anadarko Petroleum Corporation/Anadarko E&P Onshore LLC, f/k/a Anadarko E&P Company LP, in the above-referenced matter. Steven E. Bizar of the law firm Dechert LLP will remain as counsel for Defendant Anadarko.

McQUAIDE BLASKO, INC.

Dated: April 19, 2024         By: /s/John A. Snyder
                                  John A. Snyder, Esquire
                                  Pa. I.D. No. 66295
                                  jasnyder@mqblaw.com

Dated: April 19, 2024         By: /s/Chena L. Glenn-Hart
                                  Chena L. Glenn-Hart, Esquire
                                  Pa. I.D. No. 82750
                                  clglenn-hart@mqblaw.com

Dated:  April 19, 2024  By: /s/Suzette V. Sims
Suzette v. Sims, Esquire
Pa. I.D. No. 210355
svsims@mqblaw.com


811 University Drive
State College, PA 16801
(814) 235-2222
Fax: (814) 234-5620

Attorneys for Defendants Anadarko Petroleum Corporation and Anadarko E&P Onshore LLC, f/k/a Anadarko E&P Company LP

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYLIE E. AHERN, a/k/a KYLIE E, PERRY and MATTHEW J. AHERN, *et al.*, | : : : | Case No. 4:16-cv-01347-MWB |
| Plaintiffs, | : : | Judge Matthew W. Brann |
| vs. CHESAPEAKE ENERGY CORPORATION, *et al.*, | : : : : | Complaint filed: 06/28/16 |
| Defendants. | : : : | *Electronically Filed* |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Notice of Withdraw of Appearance for Defendants Anadarko in the above-captioned matter was filed and will be electronically served upon all registered ECF users.

                        McQUAIDE BLASKO, INC.

                        By:  /s/John A. Snyder
                              John A. Snyder, Esquire
                              Pa. I.D. No. 66295
                              jasnyder@mqblaw.com

                        By:  /s/Chena L. Glenn-Hart
                              Chena L. Glenn-Hart, Esquire
                              Pa. I.D. No. 82750
                              clglenn-hart@mqblaw.com

                        By:  /s/Suzette V. Sims
                              Suzette v. Sims, Esquire
                              Pa. I.D. No. 210355
                              svsims@mqblaw.com

811 University Drive
State College, PA 16801
(814) 235-2222
Fax: (814) 234-5620

Attorneys for Defendants Anadarko
Petroleum Corporation and Anadarko
E&P Onshore LLC, f/k/a Anadarko
E&P Company LP